UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| UNITED STATES OF AMERICA, | 3:06-CR-070-LRH-VPC |
|---|---|
| Plaintiff, | |
| vs. | **MOTION AND ORDER FOR RELEASE OF PASSPORT** |
| MALKIAT SINGH GREWAL, aka Garry N. Sun, SUNITA GREWAL, RACHBIR SINGH DEOL, GAYLE LYNN CHILES, | |
| Defendants. | |

**COMES NOW**, Defendant SUNITA GREWAL, by and through her attorney, MARC PICKER, ESQ., of MARC PICKER, ESQ., LTD., hereby requests this Court grant the release of her passport as she has been granted an early release from probation in the above matter.

**Dated** this 5th day of January, 2009.

MARC PICKER, ESQ., LTD

/s/ Marc Picker
MARC PICKER, ESQ.

1  **IT IS SO ORDERED:**

2  DATED this 8th day of January, 2009.



4  _____
   LARRY R. HICKS
5  UNITED STATES DISTRICT JUDGE